# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-14-00309-CV

_____

### IN RE MUJTABA ALI KHAN

**Original Proceeding**

### MEMORANDUM OPINION

On July 21, 2014, Mujtaba Ali Khan petitioned for mandamus to compel the Judge of the 284th District Court of Montgomery County, Texas, to vacate its November 25, 2013 protective order and compel discovery concerning the issuance of a Texas medical license to the real party in interest, Haroon Chaudhry. *See* Tex. R. App. P. 52.3. Relator filed a motion for temporary relief from a July 28, 2014 trial setting. *See* Tex. R. App. P. 52.10(a). We have carefully reviewed Relator's petition and the accompanying mandamus record, and we conclude that Relator has not established an abuse of discretion for which an appeal will not be an adequate remedy. *See In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36

1

(Tex. 2004) (orig. proceeding). We overrule Relator's issue and deny mandamus and temporary relief. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on July 23, 2014
Opinion Delivered July 24, 2014

Before McKeithen, C.J., Horton and Johnson, JJ.